**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:18-cv-21465-UU

MSP RECOVERY CLAIMS, SERIES,
LLC,

      Plaintiff,

v.

MERCURY GENERAL GROUP,

      Defendant.
_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (the "Stipulation"). D.E. 14.THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On May 25, 2018, Plaintiff filed the Stipulation, dismissing the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). D.E. 14. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE. The case remains closed. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _29th_ day of May, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf