UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-21465-UU

MSP RECOVERY CLAIMS, SERIES, LLC,

    Plaintiff,

v.

MERCURY GENERAL GROUP,

    Defendant.
_____/

## AMENDED ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (the "Stipulation"). D.E. 14. THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. This Order amends the Court's previous Order Dismissing Case With Prejudice. D.E. 15. On May 25, 2018, Plaintiff filed the Stipulation, dismissing the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). D.E. 14. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE. The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of May, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf